IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mbah Mankah Melvis,<br><br>       Petitioner,<br><br>v.<br><br>Chris Howard, et al.,<br><br>       Respondents. | No. CV-25-04803-PHX-MTL (CDB)<br><br>**ORDER** |

The Court has considered the parties' Joint Status Report (Doc. 10). In it, Petitioner states that her mandamus and Administrative Procedure Act ("APA") claims are moot. (*Id.* at 10.) Her Petition for a Writ of Habeas Corpus (Doc. 1) is accordingly moot and will be dismissed, and her Emergency Motion for Temporary Restraining Order and Stay of Removal (Doc. 2) will be denied as moot. Although Petitioner requests to amend her Petition to assert claims arising out of injuries she suffered while in custody (*see* Doc. 10 at 2), the Court declines to convert Petitioner's unasserted non-habeas claims into a civil rights action. *Pinson v. Carvajal*, 69 F.4th 1059 1075-76 (9th Cir. 2023). These claims may be asserted by filing a civil complaint.

**IT IS THEREFORE ORDERED** lifting the stay in this case and vacating the Status Conference set for January 26, 2026 at 4:00 p.m.

**IT IS FURTHER ORDERED** denying the Emergency Motion for Temporary Restraining Order and Stay of Removal (Doc. 2) as moot.

**IT IS FURTHER ORDERED** dismissing the Petition (Doc. 1) as moot.

1 **IT IS FINALLY ORDERED** directing the Clerk of Court to enter judgment
2 accordingly and close this case.

   Dated this 22nd day of January, 2026.

_Michael T. Liburdi_
Michael T. Liburdi
United States District Judge